# United States District Court

--------------------- NORTHERN DISTRICT OF OKLAHOMA---------------------

**TMBERS PROPERTY HOLDINGS, LLC,** *et al.*,

        Plaintiffs,

v.    Case No:   17-cv-494-EFM-SH

**ROBERT CONTE,** *et al*,

        Defendants,

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED

that pursuant to the Memorandum and Order filed on May 1, 2023, Doc. 318, the Motions to Dismiss of Plaintiffs and the Conte Defendants (or for Joinder in the arguments as to such motions), Docs. 249, 250, 251, 252, 253, 255, 257, are hereby GRANTED; Motion to Realign, Doc. 262, and to Dismiss, Doc. 263 of Defendant Pace and Intervenor Tulsa Silverwood, are hereby DENIED.

This case is closed.

 May 1, 2023  
    Date

CLERK OF THE DISTRICT COURT

by:  s/  Cindy McKee  
       Deputy Clerk